IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-235-D

| | | |
|---|---|---|
| PREMIER DEALER SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SOUTHERN STATES IMPORTS, INC., | ) | |
| CREDITOR'S CAPTIVE FORMATION | ) | |
| CORP., and JOHN DOES 1 THROUGH 10, | ) | |
| | ) | |
| Defendants. | ) | |

The court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1331 over plaintiff's federal claims and supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over plaintiff's state-law claims. See Compl. [D.E. 1] ¶¶ 33, 35. Thus, Creditor's Captive Formation Corp.'s motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) [D.E. 16] is DENIED.

As for Creditor's Captive Formation Corp.'s motion to dismiss for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2), the motion [D.E. 16] is DENIED without prejudice. Instead, plaintiff's motion for jurisdictional discovery [D.E. 21] is GRANTED. Following jurisdictional discovery, Creditor's Captive Formation Corp. may file another motion to dismiss for lack of personal jurisdiction if such a motion comports with Rule 11.

SO ORDERED. This __7__ day of December 2015.

JAMES C. DEVER III
Chief United States District Judge